UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RODNEY LENEY,<br><br>Plaintiff,<br><br>v.<br><br>DONALD ANDREWS, et al.,<br><br>Defendants. | No. 2:24-cv-02865-TLN-SCR<br><br><br><br>**ORDER** |

Plaintiff Jason Rodney Leney ("Plaintiff"), a county prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 11.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are adopted in full; and

2. The complaint is dismissed without prejudice as barred by *Heck v. Humphrey*, 512

1

U.S. 477 (1994); and

3. Defendants Selby, Butte County Superior Court, and State Bar of California are dismissed with prejudice.

IT SO ORDERED.

**Date: June 17, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2